Argued and submitted August 24, affirmed September 22, 1999

STATE OF OREGON,
*Respondent,*

*v.*

DANIEL DEVON HARDEN,
*Appellant.*

(94-10-37303; CA A89137)

984 P2d 955

Jesse Wm. Barton, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Robert B. Rocklin, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Lyons,* 161 Or App 355, 984 P2d 955 (1999).